IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN JOSEPH ARNOLD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DR. RONALD PHILLIPS, ET AL. | : | NO. 10-5090 |

### ORDER

**AND NOW**, this 18th day of July, 2012, upon consideration of the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant Dr. Ronald Phillips and Dr. Carl Pierce (Docket No. 57), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The claims against Defendants Pierce and Phillips are **DISMISSED,** and Defendants Phillips and Pierce are **DISMISSED** as Defendants in this action.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.